# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHOICE HOOPER,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01406-RFB-NJK<br><br>**Order** |

Pending before the Court is an order for Plaintiff to show cause why Defendant Nationstar should not be dismissed for failure to prosecute. Docket No. 15. Plaintiff filed a response, Docket No.19, and a motion for entry of default, Docket No. 18. In light of the subsequent action taken by Plaintiff with respect to its case against Defendant Nationstar, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: December 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge