George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Choice Hooper*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Choice Hooper,<br><br>     Plaintiff,<br><br>  v.<br><br>Equifax Information Services LLC;<br>American Express, Inc.; and Nationstar<br>Mortgage, LLC<br><br>     Defendants. | Case No.: 2:23-cv-01406<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Choice Hooper and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///
///
///

_____
<small>STIPULATION</small>        - 1 -

1        Each party will bear its own costs, disbursements, and attorney fees.

2        Dated: February 1, 2024.

5 **FREEDOM LAW FIRM**

7  /s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Choice Hooper*

11 **CLARK HILL PLLC**

13 /s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:___February 2, 2024_____

STIPULATION          - 2 -