# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHOICE HOOPER,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01406-RFB-NJK<br><br>**ORDER** |

　　　On December 28, 2023, the Clerk entered default as to the only remaining Defendant, Nationstar Mortgage. Docket No. 21. No further action has taken place. Accordingly, Plaintiff must file voluntary dismissal papers or a motion for default judgment by May 10, 2024.

　　　IT IS SO ORDERED.

　　　Dated: April 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge