AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Choice Hooper,

                Plaintiff,

v.

Nationstar Mortgage, LLC

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01406-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in Plaintiff's favor. The Court enters default judgment against Defendant Nationstar Mortgage, LLC in the amount of $1,000 in statutory damages, $3,395.00 for attorney's fees, and $590.00 in costs for a total award of $4,985.00.

5/28/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Burns  
Deputy Clerk